**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____   Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Mack Industries V, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | |
| 4. | Debtor's address | **Principal place of business**<br>6820 Centennial Drive<br>Tinley Park, IL 60477<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Mack Industries V, LLC**     Case number (*if known*) _____
       Name

7. **Describe debtor's business**
    A. *Check one:*
       ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
       ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
       ☐ Railroad (as defined in 11 U.S.C. § 101(44))
       ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
       ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
       ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
       ■ None of the above

    B. *Check all that apply*
       ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
       ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
       ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __5313__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
    *Check one:*
    ■ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check all that apply:*
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    ■ No.
    ☐ Yes.
    If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.
    List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor **Mack Industries V, LLC**     Case number (*if known*)
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Mack Industries V, LLC
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X /s/ Ronald R. Peterson
Signature of authorized representative of debtor

Ronald R. Peterson
Printed name

Title  Chapter 7 Trustee of Mack Industries, Ltd., Manager

**18. Signature of attorney**

X /s/ Ronald R. Peterson
Signature of attorney for debtor

Date 7 Feb 2018
MM / DD / YYYY

Ronald R. Peterson
Printed name

Jenner & Block LLP
Firm name

353 N. LaSalle St.
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  312-222-9350     Email address  rpeterson@jenner.com

02188473 IL
Bar number and State

Debtor  **Mack Industries V, LLC**  
Name

Case number (*if known*) _____

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*If known*) _____        Chapter  **7**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | Mack Industries II, LLC | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | N.D. Illinois | When | 5/31/17 | Case number, if known | 17-16859 |
| Debtor | Mack Industries III, LLC | | | Relationship to you | Affiliate |
| District | N.D. Illinois | When | 6/02/17 | Case number, if known | 17-17106 |
| Debtor | Mack Industries IV, LLC | | | Relationship to you | **Affiliate** |
| District | N.D. Illinois | When | 6/02/17 | Case number, if known | **17-17109** |
| Debtor | Mack Industries VI, LLC | | | Relationship to you | **Affiliate** |
| District | N.D. Illinois | When | | Case number, if known | **18-** |
| Debtor | Mack Industries, Ltd. | | | Relationship to you | **Affiliate** |
| District | N.D. Illinois | When | 3/24/17 | Case number, if known | 17-09308 |
| Debtor | **Oak Park Avenue Realty, Ltd.** | | | Relationship to you | **Affiliate** |
| District | N.D. Illinois | When | 5/31/17 | Case number, if known | **17-16651** |

**United States Bankruptcy Court**
Northern District of Illinois

In re   Mack Industries V, LLC

Debtor(s)

Case No.
Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   2

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 7 February 2018

Ronald R. Peterson/Chapter 7 Trustee of Mack Industries, Ltd.
Signer/Title  Manager of Mack Industries V, LLC

Mack Industries, Ltd.
6820 Centennial Dr.
Tinley Park, IL 60477


MB Financial Bank, NA, as Successor
in Interest to American Chtd. Bank
6111 N. River Rd.
Des Plaines, IL 60018-5158

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES V, LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)
AND 7007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The undersigned certifies that there are no entities to report under Fed.R.Bankr.P. 1007(a) and 7007.

Dated: February __, 2018

_____
Ronald R. Peterson, solely as Chapter 7
Trustee of Mack Industries, Ltd., Manager of
Mack Industries V, LLC

{MISC/001/00052924.DOCX/}