## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES, LTD., *et al.*, | ) | Case No. 17- 09308 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES V, LLC, | ) | Case No. 18-3445 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES VI, LLC, | ) | Case No. 18-3451 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## ORDER DIRECTING JOINT ADMINISTRATION
## PURSUANT TO BANKRUPTCY RULE 1015(b)

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion for Joint Administration Pursuant to Bankruptcy Rule 1015(b) (the "Motion");

IT IS HEREBY ORDERED THAT:

1. The above-captioned chapter 7 cases shall be jointly administered by the Court in accordance with Bankruptcy Rule 1015(b).

2. The Clerk of the Court shall maintain one file and one docket for these jointly administered cases effective as of the date of this Order.

3. The caption of the jointly administered cases shall read as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACK INDUSTRIES, LTD., *et al.*, | ) | Case No. 17- 09308 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Carol A. Doyle |

4. An entry shall be made in the docket of the case of each Debtor as follows:

> An order has been entered in this case pursuant to Federal Rule of Bankruptcy Procedure 1015(b) directing the joint administration of the chapter 7 cases of Mack Industries, Ltd., *et al.*, Case No. 17-09308 (Jointly Administered), Mack Industries V, LLC, Case No. 18-3445, and Mack Industries VI, LLC, Case No. 18-3451. The case of Mack Industries, Ltd., Case No. 17-09308 has been designated the "lead" case; accordingly, the docket in Case No. 17-09308 should be consulted for all matters affecting Mack Industries V, LLC, and Mack Industries VI, LLC arising on and after the date of this entry.

5. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 7 cases.

Dated: 2/15/18

ENTERED:

_____
Carol A. Doyle
United States Bankruptcy Court

Prepared by:
Micah R. Krohn (No. 6217264)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Phone: (312) 276-1400
Fax: (312) 276-0035
*mkrohn@fgllp.com*

{GEN00001/001/00052962.DOCX/}